IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. YARBER,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA PROBATION DEPARTMENT,<br><br>    Defendant<br>_____ / | No. C-09-2298 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT; SETTING DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; EXTENDING DEADLINE FOR DEFENDANT TO FILE RESPONSE TO OPERATIVE PLEADING; DIRECTIONS TO PLAINTIFF RE: SERVICE OF DOCUMENTS ON DEFENDANT** |

  Before the Court is plaintiff Maurice D. Yarber's ("Yarber") Motion to Amend Civil Rights Complaint, filed August 11, 2009.

  As Yarber notes in his motion, defendant County of Santa Clara Probation Department ("County") has not filed a response to Yarber's initial complaint, and, under such circumstances, Yarber is entitled to amend his complaint. See Fed. R. Civ. P. 15(a).

  Accordingly, the motion is hereby GRANTED, and the deadline for Yarber to file any First Amended Complaint is September 4, 2009. If, as of September 4, 2009, Yarber has not filed a First Amended Complaint, the above-titled action shall proceed on the initial complaint filed by Yarber on May 22, 2009.

  The deadline for the County to file a response to the operative pleading is hereby EXTENDED to September 25, 2009.

Finally, the Court notes that Yarber served the instant motion on the County directly. Because the County is now represented by counsel, Yarber is hereby DIRECTED to serve all future filings solely on the County's counsel of record, at the following address:

>Marcy L. Berkman
>Deputy County Counsel
>Office of the County Counsel
>70 West Hedding, East Wing, 9th Floor
>San Jose, California   95110-1770

**IT IS SO ORDERED.**

Dated: August 14, 2009

MAXINE M. CHESNEY
United States District Judge