IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. YARBER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA PROBATION DEPARTMENT,<br><br>　　　　Defendant<br>_____/ | No. C-09-2298 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME; CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is plaintiff Maurice D. Yarber's Motion for Enlargement of Time, filed October 23, 2009, by which plaintiff seeks an extension of time to file opposition to defendant's motion to dismiss. Defendant has not filed opposition.

　　　　Good cause appearing, plaintiff's motion is hereby GRANTED, and the Court sets the following schedule:

　　　　1. No later than November 16, 2009, plaintiff shall file and serve his opposition to defendant's motion to dismiss.

　　　　2. No later than November 25, 2009, defendant shall file its reply.

　　　　3. The hearing on defendant's motion to dismiss is hereby CONTINUED from November 6, 2009 to December 11, 2009, at 9:00 a.m.

//

Further, in light of the pendency of defendant's motion to dismiss, the Case Management Conference is hereby CONTINUED from November 20, 2009 to January 22, 2010.  A Joint Case Management Statement shall be filed no later than January 15, 2010.

**IT IS SO ORDERED.**

Dated:  November 3, 2009

_____
MAXINE M. CHESNEY
United States District Judge