IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE D. YARBER,

        Plaintiff,

  v.

COUNTY OF SANTA CLARA PROBATION DEPARTMENT,

        Defendant.
                                  /

No. CV-09-2298 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the County of Santa Clara's motion is hereby GRANTED, and the Amended Complaint is hereby DISMISSED without leave to amend.

Dated: November 24, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk